McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
　*jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
　*cheryl.grames@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
　*stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:　(702) 949-1100
Facsimile:　(702) 949-1101

Attorneys for GEICO ADVANTAGE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EUN JIN CIPARRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-01214-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between the parties named above, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own costs and attorneys' fees.

Dated: December 12, 2023

RYAN ALEXANDER, CHTD.

By _____
Ryan Alexander, Esq.
Nevada Bar No. 10845
Richard A. Engleman, Esq.
Nevada Bar No. 6965
3017 West Charleston Blvd., Suite 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
*Attorneys for Plaintiff*

Dated: December 19, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
Stacy Norris
Nevada Bar No. 15445
Attorneys for GEICO ADVANTAGE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED this 19 day of December, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

9497972.1